**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ronald LYMUEL, also known as Little Ron, Defendant–Appellant.**

No. 08–40810
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 28, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

David B. Adler, Bellaire, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ronald Lymuel has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lymuel has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.